KRISTA HART
Attorney at Law
State Bar #199650
428 J Street, Suite 350
Sacramento, California  95814
Telephone: (916) 498-8398

Attorney for Defendant
Hsiu Titus

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. Cr.S. 07-265 EFB |
| | ) | |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND PROPOSED ORDER** |
| v. | ) | **VACATING JURY TRIAL AND RESETTING** |
| | ) | **STATUS CONFERENCE** |
| | ) | |
| HSIU TITUS, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

    HSIU TITUS, by and through counsel Krista Hart along with the United States of America (government) by and through counsel Certified Law Student Justin Dersch stipulate and agree that the trial confirmation hearing set for August 20, 2007, be vacated and the jury trial date of September 4, 2007, be vacated and set a status conference for September 17, 2007.  The additional time is necessary for new defense counsel to obtain and review the discovery; complete defense investigation and case preparation; and to negotiate with the prosecution.

////

1 It is further stipulated that the period from August 20, 2007, through September 17, 2007, be excluded in computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act.  The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the government and the defense may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(8)(B)(iv) (Local Code T4).

August 17, 2007                     /s/ Krista Hart
                                    Attorney for Hsiu Titus


August 17, 2007                     McGREGOR SCOTT
                                    United States Attorney


                                    /s/ Justin Dersch
                                    Certified Law Student for the
                                    U.S. Attorney's Office
                                    (by Krista Hart per phone call)

**ORDER**

**Good cause appearing it is so ordered.**

DATED:  August 17, 2007.


                                    _____
                                    Edmund F. Brennan
                                    United States Magistrate Judge