```
KRISTA HART
Attorney at Law
State Bar #199650
428 J Street, Suite 350
Sacramento, California  95814
Telephone: (916) 498-8398

Attorney for Defendant
Hsiu Titus
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. Cr.S. 07-265 EFB |
| Plaintiff, ) | |
| ) | **STIPULATION AND PROPOSED ORDER** |
| v. ) | **VACATING JURY TRIAL AND RESETTING** |
| ) | **STATUS CONFERENCE** |
| HSIU TITUS, ) | |
| Defendant. ) | |
| _____ ) | |

 HSIU TITUS, by and through counsel Krista Hart along with the United States of America (government) by and through counsel Certified Law Student Justin Dersch stipulate and agree that the status conference set for September 17, 2007, be vacated and reset for October 22, 2007.  The additional time is necessary for new defense counsel to obtain and review the discovery; complete defense investigation and case preparation; and to negotiate with the prosecution.

 It is further stipulated that the period from September 17, 2007, through October 22, 2007, be excluded in computing the time within which the trial of the above criminal prosecution must commence for

purposes of the Speedy Trial Act.  The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the government and the defense may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(8)(B)(iv) (Local Code T4).

September 17, 2007                     /s/ Krista Hart
                                       Attorney for Hsiu Titus


September 17, 2007                     McGREGOR SCOTT
                                       United States Attorney

                                        /s/ Justin Dersch/Matt Stegman
                                       Certified Law Student for the
                                       U.S. Attorney's Office
                                       (by Krista Hart per phone call)

**ORDER**

**Good cause appearing, it is so ordered.**

DATED: September 17, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE