```
KRISTA HART
Attorney at Law
State Bar #199650
428 J Street, Suite 350
Sacramento, California  95814
Telephone: (916) 498-8398

Attorney for Petitioner
Hsiu Titus
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES, <br><br> Plaintiff, <br><br> v. <br><br> HSIU TITUS, <br><br> Defendant. <br> _____ | No. Cr.S. 07-265 EFB <br><br> **STIPULATION AND PROPOSED ORDER** <br> **RESETTING THE STATUS CONFERENCE** |

    Defendant Hsiu Titus, by and through counsel Krista Hart and plaintiff, United States, by and through counsel Certified Law Student Justin Dersch, hereby stipulate and agree that the status conference currently set for October 22, 2007, be vacated and reset for November 19, 2007.  The additional time is necessary for defense investigation and negotiations.

    It is further stipulated and agreed the period of time from October 22, 2007, through November 19, 2007, be excluded in computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act.  The parties stipulate and agree the ends of justice are served by the Court excluding such time so that counsel for the government and the defense may have reasonable time for effective preparation,

investigation and negotiations.  18 U.S.C. § 3161(h)(8)(B)(iv) (Local Code T4).

DATED: October 18, 2007

                                             */s/ Krista Hart*
                                             Attorney for Petitioner
                                             Hsiu Titus

DATED: October 18, 2007       McGREGOR SCOTT
                                             United States Attorney

                                             */s/ Justin Dersch*
                                             Certified Law Student for the
                                             U.S. Attorney's Office
                                             (By Krista Hart per phone call)

**O R D E R**

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

DATED:   October 18, 2007.

                                       EDMUND F. BRENNAN
                                       UNITED STATES MAGISTRATE JUDGE