KRISTA HART
Attorney at Law
State Bar #199650
428 J Street, Suite 350
Sacramento, California  95814
Telephone: (916) 498-8398

Attorney for Petitioner
Hsiu Titus

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES, <br><br>            Plaintiff, <br><br>     v. <br><br> HSIU TITUS, <br><br>            Defendant. <br> _____ | ) No. Cr.S. 07-265 EFB <br> ) <br> ) **STIPULATION AND ORDER RESETTING** <br> ) **THE STATUS CONFERENCE** <br> ) <br> ) <br> ) <br> ) |

　　　Defendant Hsiu Titus, by and through counsel Krista Hart and plaintiff, United States, by and through counsel Certified Law Student Justin Dersch, hereby stipulate and agree that the status conference currently set for November 19, 2007, be vacated and reset for December 10, 2007 **at 2:00 p.m**.  The additional time is necessary for negotiations and defense preparation.  The government has extended an offer in the form of a written plea agreement and the defense needs additional time to review the plea agreement with the client.

　　　It is further stipulated and agreed the period of time from November 19, 2007, through December 10, 2007, be excluded in computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act.  The

1 parties stipulate and agree the ends of justice are served by the
2 Court excluding such time so that counsel for the government and the
3 defense may have reasonable time for effective preparation,
4 investigation and negotiations.  18 U.S.C. § 3161(h)(8)(B)(iv) (Local
5 Code T4).

6 DATED: November 15, 2007

7                                 _/s/ Krista Hart_____
                                  Attorney for Petitioner
8                                 Hsiu Titus

10 DATED: November 15, 2007           McGREGOR SCOTT
                                      United States Attorney

12                                _/s/ Justin Dersch_____
                                  Certified Law Student for the
13                                U.S. Attorney's Office
                                  (By Krista Hart per phone call)

                        **O R D E R**

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

DATED: November 15, 2007.

                          _____
                          EDMUND F. BRENNAN
                          UNITED STATES MAGISTRATE JUDGE

2